IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN PECK,

      Plaintiff,                    Case No. 2:11-cv-0151 JAM DAD PS

      v.

UNITED STATES OF AMERICA,

      Defendant.                 <u>ORDER</u>

_____/

        Plaintiff is proceeding pro se with the above-entitled action.  Accordingly, he matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On April 13, 2012, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations.  On April 25, 2012, plaintiff filed a motion for reconsideration.  For the purposes of evaluating the magistrate judge's finding and recommendations, the court will construe plaintiff's pro se filing as objections to the magistrate judge's findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

file, the court finds the magistrate judge's findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The magistrate judge's findings and recommendations filed April 13, 2012 (Doc. No. 105) are adopted in full;

2. Plaintiff's November 28, 2011 motion for amended or additional findings (Doc. No. 90) is denied;

3. Plaintiff's November 28, 2011 motion for amended or additional findings (Doc. No. 91) is denied;

4. Plaintiff's November 28, 2011 motion for amended or additional findings (Doc. No. 92) is denied;

5. Plaintiff's November 28, 2011 motion for amended or additional findings (Doc. No. 93) is denied;

6. Plaintiff's November 28, 2011 motion for amended or additional findings (Doc. No. 94) is denied; and

7. Plaintiff's November 28, 2011 motion for copies (Doc. No. 95) is denied.

DATED: May 3, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE